# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| Michael Clark Bryson, | ) | CASE NO.: 1:20-cv-01137 |
| Plaintiff, | ) | |
| v. | ) | |
| Commissioner of Social Security, | ) | JUDGE JOHN R. ADAMS |
| Defendant. | ) | **MEMORANDUM OPINION AND ORDER** |

The Magistrate Judge for this matter submitted a Report and Recommendation recommending that this Court vacate and remand the Commissioner's decision for further proceedings. (R. & R., ECF No. 18.)

Under Federal Rule of Civil Procedure 72(b), if the parties wish to object to the proposed findings and recommendation, they must do so by filing specific written objections within the fourteen (14) days following service of the Report and Recommendation. Neither party submitted objections. Further review by this Court at this time would be a duplicative and inefficient use of this Court's resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984); *Howard v. Sec'y of Health and Human Servs.*, 932 F.2d 505 (6th Cir. 1991). Accordingly, the Magistrate Judge's Report and Recommendation is hereby adopted. (R. & R., ECF No. 18.) The decision of the Commissioner is hereby VACATED and REMANDED for further proceedings.

IT IS SO ORDERED.

DATE: July 1, 2021

/s/ John R. Adams
Judge John R. Adams
UNITED STATES DISTRICT COURT